

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Dean, Appellant

No. 06-17-00002-CR      v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 15F0673-005). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed as moot. Therefore, we dismiss the appeal.

We note that the appellant, Michael Dean, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 25, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk